

**UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI**

**DAVID CREWS
CLERK**

| | |
|---|---|
| 301 West Commerce Street, # 13<br>Aberdeen, MS   39730<br>Telephone:   (662) 369-4952<br>Facsimile: (662) 369-9569 | 911 Jackson Avenue, Suite 369<br>Oxford, MS   38655<br>Telephone: (662) 234-1971<br>Facsimile: (662) 236-5210<br><br>305 Main Street, Suite 329<br>Post Office Box 190<br>Greenville, MS   38701 |

January 26, 2015

Wilton Eric Hoggatt

v.                                                              Case No. 1:14cv232-SA-DAS

Crawley, et al

     **PLEASE TAKE NOTICE** that the court file does not show that a summons has been served on the following party(ies):

          Allen Crawley
          All AT&T Mobility LLC Officers & Directors
          AT&T Corp.
          Wayne Wirtz
          Andrew M. Geisse
          Asurion Insurance Services, Inc, Officers & Directors
          Charles A. Lane
          Willard J. Reagan
          Kevin M. Taweel
          Lisa E. Toporek
          Mark S. Gunning
          Gustavus A. Puryear, IV
          Jason Sloan
          Steve Ellis
          Cindy Christy-Lagenfeld
          Elizabeth Alexander
          Jason Martin
          John Knoch
          John Kersey
          Vivian J.
          Don Dorsett
          Shannon Scarlet
          Pam Price
          Kelly Phillips, Individually
          Kelly Phillips, AT&T Store

                                          DAVID CREWS, CLERK

                        By:     _s/ Jennifer L. Malone_
                                          Deputy Clerk/Case Manager