## U.S. District Court
## Northern District of Mississippi

Hoggatt et al

v.                                          Civil Case number 1:14-cv-00323-SA-DAS

Crawley et al

### NOTICE OF DISMISSAL

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, all plaintiffs, by and through their attonrey, hereby join in filing this Notice of Dismissal.

.[2]

**(a) Voluntary Dismissal: Effect Thereof**

(1) *By Plaintiff; By Stipulation.* Subject to the provisions of Rule 23(e), of Rule 66, and of any statute of the United States, an action may be dismissed by the plaintiff without order of court (i) by filing notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Respectfully submitted, this the 26th day of January, 2015.

/s/Victoria Johnson Hoggatt
Mississippi State Bar # 2497
**Attorney at Law, 60094 Tubb Drive, Amory, Mississippi 38821**
vjh@currentconstitutionalapp.com, erichoggatt@AOL.com